**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**
**PLAINTIFF,**

**VS.**

**MICHAEL MARTIN YEAGER**
**DEFENDANT.**

**CASE #: 26-MJ-30014**

**HON. MATTHEW A. LEITMAN**

**MAGISTRATE: DAVID R. GRAND**

Ann Nee, AUSA
Zachary A. Zurek , AUSA
US Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0285
Email: Ann.Nee@usdoj.gov
Zachary.Zurek2@usdoj.gov

Margaret Sind Raben P39243
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4708
Email: msraben@aol.com

**DEFENDANT'S APPEAL AND MOTION FOR REVIEW**
**AND REVOCATION OF DETENTION ORDER**

Defendant Michael Martin Yeager by his attorney, Margaret Sind Raben, appeals the entry and moves for *de novo* review of the Order of Detention entered against him by Magistrate Judge David Grand on January 21, 2026. In support of this request, Defendant states:

1. This case began on December 13, 2025 when Defendant was selected for secondary screening at LAX upon his return from visiting his Chinese wife who lives and works in Japan. Defendant's marriage to his Chinese wife is recognized in China but not the United States. During the secondary

screening, Defendant's iPhone and laptop were examined and alleged child pornography was found on Defendant's iPhone. Defendant cooperated with the authorities at LAX and admitted the child pornography on his phone was his. Defendant's iPhone and laptop were seized and Defendant was released without charges and was told to return to a LA court on January 8, 2026. Defendant returned home but then flew back to LA on January 7, 2026 for his court appearance on January 8, 2026, only to be told by his California attorney that no charges had been authorized.

2. On January 12, 2026, Defendant was charged in the Eastern District of Michigan in the instant Criminal Complaint with Sexual Exploitation of a Minor and Attempt, 18 USC §2251(a) and (e); Receipt or Distribution of Child Pornography and Attempt, 18 USC §2252A(a)(2) and (b)(1); and Transportation of Child Pornography, and Attempt, 18 USC §2252A(a)(1) and (b)(1). Defendant was arrested during a search of his home on January 12, 2026.

3. At Defendant's initial appearance, Pretrial Services recommended Defendant's release on personal recognizance with the specific statutory conditions of release required for his charges as listed in 18 USC §3142(c)(B). Pretrial Services considered these conditions sufficient to

address Defendant's Risk of Non-Appearance and Danger to the Community.

4. The Government sought Defendant's detention.

5. On January 21, 2026, Magistrate Judge David R. Grand held a detention hearing.

6. At the detention hearing, the Government sought detention based on Defendant's alleged Danger to the Community but not Risk of Nonappearance.

7. At the end of the hearing, Judge Grand found Defendant presented a Danger to the Community and a Risk of Non-Appearance and entered an order detaining Defendant until trial. (ECF 14: Order of Detention, Pg ID 22-25).

8. Although the charges brought by the Criminal Complaint carry a presumption of detention, Judge Grand determined Defendant had rebutted the presumption but there were no conditions of release available to the Court to reasonably assure Defendant's appearance and the safety of the community.

9. Judge Grand's determination that Defendant is a risk of Non-Appearance is speculative and unwarranted and was not established by the Government by a preponderance of the evidence.

10. Judge Grand's determination that Defendant is a danger to the community is speculative and unwarranted and was not established by the Government by clear and convincing evidence.

11. Pretrial Services identified the conditions under which any risk to the community and non-appearance were sufficiently mitigated, including home detention and real time GPS monitoring.

12. Defendant requests that this Court make a *de novo* review of the facts and circumstances said to justify his detention and enter an order directing that Defendant be released with the conditions of release proposed by Pretrial Services and any other conditions required by the Court.

WHEREFORE, Defendant requests this Court review *de novo* the Order of Detention, conduct a hearing if appropriate, and enter an order of release with appropriate conditions pending trial in the above entitled matter.

Respectfully submitted,

**GUREWITZ & RABEN, PLC**

By: s/Margaret Sind Raben
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4708
Email: msraben@aol.com
Attorney Bar Number: P39243

Date: January 23, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

s/Margaret Sind Raben (P39243)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4708
email: msraben@aol.com