9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case: 2:26-cr-20060
Assigned To : Parker, Linda V.
Referral Judge: Altman, Kimberly G.
Assign. Date : 2/11/2026
Description: IND USA V YEAGER (TM)

UNITED STATES OF AMERICA,

v.

MICHAEL MARTIN YEAGER,

Defendant.
______________________________/

Violations:
18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2252A(a)(2), (b)(1)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
18 U.S.C. §§ 2251(a) & 2
*Sexual Exploitation of a Minor*

On or about February 11, 2023, in the Eastern District of Michigan, Southern Division, the defendant, MICHAEL MARTIN YEAGER, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, MV-1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and

transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and aided, abetted, counseled, commanded, induced, procured, and willfully caused the commission of the offense; all in violation of Title 18, United States Code, Sections 2251(a) and 2.

**COUNT TWO**
18 U.S.C. §§ 2251(a) & 2
*Sexual Exploitation of a Minor*

On or about February 11, 2023, in the Eastern District of Michigan, Southern Division, the defendant, MICHAEL MARTIN YEAGER, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, MV-1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and aided, abetted, counseled, commanded, induced, procured, and willfully caused the commission of the offense; all in violation of Title 18, United States Code, Sections 2251(a) and 2.

**COUNT THREE**
18 U.S.C. §§ 2251(a), (e) & 2
*Sexual Exploitation of a Minor and Attempt*

On or about May 13, 2023, in the Eastern District of Michigan, Southern Division, the defendant, MICHAEL MARTIN YEAGER, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, MV-2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and aided, abetted, counseled, commanded, induced, procured, and willfully caused the commission of the offense; and attempted to do so; all in violation of Title 18, United States Code, Sections 2251(a) & (e) and 2.

**COUNT FOUR**

18 U.S.C. §§ 2251(a), (e) & 2

*Sexual Exploitation of a Minor and Attempt*

On or about May 15, 2023, in the Eastern District of Michigan, Southern Division, the defendant, MICHAEL MARTIN YEAGER, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, MV-2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and aided, abetted, counseled, commanded, induced, procured, and willfully caused the commission of the offense; and attempted to do so; all in violation of Title 18, United States Code, Sections 2251(a) & (e) and 2.

**COUNT FIVE**
18 U.S.C. § 2252A(a)(2), (b)(1)
*Distribution of Child Pornography and Attempt*

Between on or about May 13, 2023, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, MICHAEL MARTIN YEAGER, knowingly distributed child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting interstate and foreign commerce, and attempted to do so, all in violation of Title 18, United States Code, Section 2252A(a)(2) & (b)(1).

**COUNT SIX**
18 U.S.C. § 2252A(a)(2)
*Distribution of Child Pornography*

Between on or about May 23, 2023, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, MICHAEL MARTIN YEAGER, knowingly distributed child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT SEVEN**
18 U.S.C. § 2252A(a)(2)
*Distribution of Child Pornography*

Between on or about May 25, 2024, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, MICHAEL MARTIN YEAGER, knowingly distributed child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT EIGHT**
18 U.S.C. § 2252A(a)(5)(B)
*Possession of Child Pornography*

Between in or around 2022 and in or around 2025, in the Eastern District of Michigan, Southern Division, the defendant, MICHAEL MARTIN YEAGER, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8); and the child pornography involved a prepubescent minor and a minor who had not attained 12 years of age; and the child pornography had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting foreign commerce; and the child pornography was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

**FORFEITURE ALLEGATIONS**
18 U.S.C. § 2253

The allegations contained in Counts One through Eight of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

Upon conviction of an offense charged in Counts One through Eight of the Indictment, defendant shall, pursuant to Title 18, United States Code, Section 2253, forfeit to the United States the following:

a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished

in value; or has been commingled with other property which cannot be divided without difficulty.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney
*s/ Craig Wininger*
CRAIG WININGER
Chief, Violent and Major Crimes Unit

*s/ Ann Nee*
ANN NEE
Assistant United States Attorney

*s/ Zachary Zurek*
ZACHARY ZUREK
Assistant United States Attorney

Dated: February 10, 2026

Case: 2:26-cr-20060
Assigned To : Parker, Linda V.
Referral Judge: Altman, Kimberly G.
Assign. Date : 2/11/2026
Description: IND USA V YEAGER (TM)

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** ZAZ |

**Case Title:** USA v. Michael Martin Yeager

**County where offense occurred :** Oakland

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [**Case number:** 26-mj-30014 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________ **Judge:** ____________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 10, 2026
Date

s/ Zachary Zurek

Zachary Zurek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0285
Fax: 313-226-2372
E-Mail address: Zachary.Zurek2@usdoj.gov
Attorney Bar #: P80116

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.