UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

MICHAEL MARTIN YEAGER,

Defendant.

Case No. 26-cr-20060

Hon. Linda V. Parker
United States District Judge

**United States's Response to
Defendant's Motion for Bond (ECF No. 16)**

For years, defendant Michael Yeager paid adults and minors in foreign countries pittances to force children to create degrading, humiliating, and traumatizing child sex abuse material. He ordered adults to drink urine and eat feces from children and to use their tongues and mouths on the genitalia and anal areas of children. He ordered children to drink urine that was urinated on them by purported family members and then had at least one child lick up urine that spilled on the floor. He made children and adults refer to him as "Daddy Mike" in the videos. He was able to find numerous impoverished individuals to make videos like those described above for amounts between $25 and $75, and his history and characteristics demonstrate that he reveled in coercing and taking advantage of less fortunate people in this way, despite his own ample salary of over $25,000 a month. The danger posed to the community by Yeager is extremely high.

Yeager is also a significant flight risk. As the Chief Financial Officer of a bank until his arrest, he has significant financial resources. He is married to a Chinese national, has past international travel, and has contacts in foreign countries and other U.S. states. He is in his late 60s, has health issues, and has been indicted for crimes that carry mandatory minimum penalties of at least 15 years, so he has almost no incentive to actually show up in court if he is released.

Yeager's motion for bond should be denied.

## I. Factual Background

### A. Law enforcement encounters Yeager returning from an international trip and finds child pornography on his phone.

In December 2025, law enforcement encountered Yeager at the Los Angeles International Airport, where he was entering the United States after traveling abroad to Japan. Law enforcement reviewed Yeager's cell phone and located child pornography in the "Recently Deleted" folder on his cell phone, including a video of two prepubescent minor females performing oral sex on an adult male while the adult male is also holding a third young child. Yeager told agents that he had received the video in a WhatsApp chat which took place between about November 12-29, 2025.

During the course of that chat, the individual told Yeager, "im selling service with my 2 daughter." Yeager asked, "tell me about the daughters and what services." The individual stated that he was playing with his two daughters and

then sent the videos described above. Yeager complained about not being able to see anything in this video. Yeager then asked, "what are the details of your daughters?", and further asked how old they are, and how long the individual had been having sex with them. The individual stated the images were of his own daughters, who were 11 and 13 years old when he started molesting them approximately two years ago.

Regarding the abuse of the younger daughter, Yeager asked the individual, "Did you have her first Jack you off or you just got her to suck it right away." After Yeager confirmed that the girls were currently 13 and 15 years old, he asked, "How often do they be your sexual fun slaves? And how often do you sell there services? Do they like being videos sex toys for you to show and sell to others?" Records indicate that Yeager later tried to video chat with the individual.

**B. Yeager's direction of the sexual abuse and exploitation of MV-1, a child under the age of 5 years old.**

Law enforcement subsequently conducted a forensic review of Yeager's cell phone and also obtained chats from Yeager's Skype account and records of his foreign financial transactions. These records showed that Yeager engaged in chats over Telegram and Skype with a Vietnamese woman (Adult-1) who was the mother of MV-1, a prepubescent child under the age of 5 years old. The chats took place between approximately December 2022 and September 2025, during which Yeager induced Adult-1 to produce child pornography videos for him that involved

her daughter and also showed Adult-1 eating her daughter's feces and drinking her urine.

For instance, on or around February 9, 2023, Yeager sent a message detailing an apparent "to-do" list for MV-1's mother. An excerpt including the first two items on the list stated:

Yeager and Adult-1 appear to discuss the possibility of Adult-1 travelling to America with MV-1. Then, on or around February 10, 2023, Yeager discussed a video created by Adult-1 of MV-1 in apparent response to Yeager's to-do list, and requested more content, stating:

On or around February 11, 2023, Adult-1 sent Yeager additional videos, including the following:

- A video that is approximately 6 minutes and 24 seconds in length. It shows MV-1, a prepubescent female child under the age of 5, naked from the waist down, sitting on a red bucket. MV-1 stands up, and feces can be seen in the bucket and between MV-1's buttocks. Adult-1 repeatedly licks the feces from between MV-1's buttocks and cleans MV-1's buttocks with a wipe. MV-1 exits the video, and Adult-1 eats MV-1's feces out of the red bucket.

- A video that is approximately 1 minute and 54 seconds in length. It shows Adult-1 laying on the ground. MV-1, who is naked from the waist down, stands above Adult-1 and urinates into Adult-1's mouth. Adult-1 then performs apparent oral sex on MV-1.

In response to the first video, Yeager stated,

> Baby you have to keep the shit in the camera view when you are putting your fingers into it to put on fingers to put into your mouth ok? I love love loved the size of the finger shit this time that you scooped up and put into your mouth. Fucking hot as it was not a little bit but a bigger amount. I want to see you just shove your open mouth into someone else's shit pile and come out with a full mouth to show me.

In response to the second video, Yeager raised additional complaints and demanded more explicit video of child sexual abuse, while also praising Adult-1's grooming of MV-1 to engage in further conduct for Yeager. Yeager stated,

> Baby from that far away I just can't see anything … need to get closer with camera so I can see the pee and see your tongue going on and into her. But still really for your both which is so nice to see. So if she asked for it now you can tell her that Father only wants to see it now with her pooping for fun directly on Mommy's face. I think she is ready for that if she is asking to do it. And that is awesome and shows what a great job you are doing with her.

Yeager also continued to direct Adult-1 to create more videos showing the sexual abuse of MV-1. For instance, in conversations between Yeager and Adult-1

in Telegram in January 2025, Yeager told her:

> Daddy loves his videos with you playing with daughter drinking piss, licking her pussy, eating her shit for Daddy. Love them. Daddy wants more. You said you would do 'everything for Daddy' a week or so ago. Ok so do some of those for Daddy in the next week please. OK? ✅ Do not say 'no' to baby willing and wanting to please daddy. Go do them. I want you to lick her ass good too so I can see it very well. Maybe even at night when sleeping if you want. Shock daddy and make happy.

Law enforcement also identified several other videos showing Adult-1 engaged in similar conduct with MV-1 on Yeager's phone, including the following:

- A video approximately 5 minutes long with metadata associated with Telegram and a date in January 2025. The video shows MV-1, naked from the waist down, sitting on a toilet. The child stands up and bends over the toilet. Feces can be seen around the child's anus. Adult-1 uses her hands to spreads the child's buttocks apart. Adult-1 wipes the child's anus with her hands and eats the feces. Adult-1 places her mouth repeatedly on MV-1's anus area. The child exits the video, and Adult-1 drinks the contents of the toilet bowl with a cup.

The conversations between Yeager and Adult-1 also demonstrated the financial difficulties faced by Adult-1. For instance, in Telegram conversations in September 2025, Adult-1 stated that she had cancer and may need to have her ovaries removed, that insurance would not cover it, and that she could not pay for treatment. Yeager then almost immediately started pressuring Adult-1 to create more videos for him for money. For instance, Yeager told her, "I still want that extra great ass to mouth back and forth many many times with a dirty shitty dildo going down your throat and licking the shit of it for me like before. But we should

so direct so you get all the money and not share it" and "I want to beat off watching you be a good nasty girl for me. Want to now?"

### C. Yeager's coercion, sexual exploitation, and distribution of child pornography with respect to MV-2, a minor approximately 14 years old.

Yeager also used Skype to communicate with MV-2, who appears to be a minor from the Philippines who is approximately 14 or 15 years old. According to videos, communications, and financial records located by law enforcement, Yeager induced MV-2 to produce child pornography videos of herself in exchange for money during at least the time period of May 13-15, 2023.

For instance, law enforcement located two videos showing a nude pubescent female (MV-2), approximately 12-15 years of age, that Yeager distributed to Adult-1 on Skype on or about May 13, 2023. The videos are described as follows:

- The first video shows a nude adult female standing over MV-2, who is wearing only a pair of underwear. Both females say something like, "This is for you, Daddy Mike" and then the adult female urinates in the minor child's mouth. The adult female's nude genitalia are visible. Both females stand up and say something like, "You like it, Daddy Mike?"

- The second video is approximately 2 minutes and 12 seconds in length. It shows MV-2 completely naked and laying on the ground. An adult female, naked from the waist up, stands behind her. Both females say something to the effect of "This for you Daddy Mike." The adult female then orally penetrates MV-2's anus. A male's voice can be heard in the background throughout the video.

When sending the first video, Yeager emphasized that MV-2 was 14 years old, and that MV-2's family members had urinated and defecated into MV-2's

mouth. As Yeager described it to Adult-1,

> This is for you as I know it is a turn on for you grown up to play with young girls. This is a mom and an aunt and an older sister that all piss in the 14 year olds mouth and then the aunt after in another video does a great job and turning around backwards and shits directly into her mouth a giant load of shit and the 14 takes it great. Hope it makes your day better and inspires you to do some even dirtier fun for me. Miss you and love you.

With respect to the second video, Yeager stated, "For you. This is the Mom tongue fucking her 14 year old daughters asshole pretty good." Yeager also described other child pornography content depicting MV-2 that he possessed, stating, "I have other videos of the mom and aunt tongue fucking the 14 year old asshole is you want to see it baby. But I need to get some very dirty fun as talked about from you too baby."

Law enforcement also found communications directly between Yeager and MV-2. Between May 14-15, 2023, Yeager and MV-2 exchanged messages that appear to reference MV-2 having made video content for Yeager of the nature described above. Yeager also requested additional sexual content from MV-2. For instance, on May 14, 2025, the following excerpted communications took place:

> YEAGER: Did you have fun doing the pee drinking and ass licking for Daddy Mike
> MV-2: daddy mike remember i drink my aunthy.. pee and my mom
> MV-2: but u dont want to lick them pussy and ass
> YEAGER: Yes. I loved watching you do it. I want to watch you drink a lot more bigger pees for Daddy Mike. Ok?
> MV-2: then u will help me to buy a phone

YEAGER: Yes. I want very bad for them to lick your ass and pussy. I want them to lick and suck your clit. You will like that feel a lot.

MV-2 also offered to introduce Yeager to MV-2's friend, whom she said was 18 years old. The following excerpted communications then occurred on May 15, 2023:

YEAGER: Ok. Make sure I get to see all of her being dirty and her saying "for you daddy Mike.
MV-2: i will join to her okay
YEAGER: Do you like your friends tits and pussy?
MV-2: yes heres the video daddy mike
YEAGER: Have you sucked her tits and licked her pussy baby?

MV-2 then sent Yeager a video that is approximately 1 minute and 45 seconds in length, and depicts MV-2 and an adult female, described as follows:

- In the video, MV-2 says "Daddy Mike, this is my friend", and the adult female says, "Hello Daddy Mike." A male's voice is heard in the background. The two females remove their shirts, and MV-2 places her mouth on the adult female's breasts. The two females remove their pants, and the camera focuses on both of their vaginal and anal regions. The two females then say, "For you Daddy Mike."

Law enforcement also located an international payment from Yeager to the Philippines dated May 13, 2023, for $47.98, which referenced the female first name used by MV-2, and appeared to be in connection with the first videos described above. Yeager's message accompanying the payment stated,

This is only for [name used by MV-2]. $50 for being so good. And 15 cent for being 15 years old. Love you [name used by MV-2]. You call

me whenever you want to do fun stuff and get paid by me because I believe you. Great job.

Yeager also possessed and distributed additional videos that appear to depict MV-2 and to have been produced for Yeager. For instance, in a conversation with a different apparent female in the Philippines on or after May 23, 2023, Yeager sent a video depicting MV-2 and two adult females. All three females say, "This is for you Daddy Mike" and then one of the adults stands over MV-2 and urinates in her mouth.

The female with whom Yeager was then conversing asked Yeager, "whos that girl", and asked for the girl's contact information. Yeager stated that MV-2 "lies a lot", indicated that MV-2 was 16 years old, and then added, "She was going to suck horse for me and took the money but never went." He then asked the female he was conversing with, "If you get to train them as great sluts what do I get baby?"

Yeager also sent another video that appears to show MV-2. This video is approximately 1 minute and 14 seconds in length. It shows a pubescent female (believed to be MV-2), with her chest exposed. She says something to the effect of "This for you Daddy Mike" and performs oral sex on another female.

As the conversation about MV-2 continued, Yeager told the other female, "And I have already trained them quite a bit and discovered them so the question

is, after you keep saying 'I do for money', so with that what do I get for their contact info?"

**D. Yeager's distribution of child pornography of MV-4, a minor approximately 9 years old.**

During the conversation around May 23, 2023 with the other female in the Philippines, described above, Yeager also distributed child pornography depicting MV-4, a minor whom Yeager described as being 9 years old. The video is approximately 1 minute and 36 seconds in length. It shows an adult female laying on the ground. A prepubescent child (MV-4), who is naked from the waist down, stands above her and urinates into the adult female's mouth. The adult female then orally penetrates the child's anus. Yeager sent the following message with the video: "Having 9 year old daughter piss into moms mouth and then she licks her asshole and oust. Hot or bad?"

**E. Yeager's sexual exploitation and distribution of child pornography of MV-3, a minor approximately 10 years old.**

Yeager also distributed a child exploitation video of MV-3, a prepubescent female estimated to be approximately 10 years old, via text messaging on May 25, 2024. Accompanying the video, Yeager sent the message: "Good girl drinking piss for the first time from her step brother." The video is described as follows:

- The video is approximately 3 minutes and 7 seconds in length, and appears to have been produced specifically for Yeager. It shows a prepubescent female (MV-3) who is completely naked. MV-3 says, "This is for you, Daddy Mike". A male stands above MV-3, holds his penis in his hand, and urinates into MV-3's mouth. MV-3 also licks urine off the

ground and says something to the effect of "You like, yes?" and touches her breasts. The child's pubic region can also be seen.

### F. Yeager's conversations with a known child trafficker in the Philippines and further distribution of child pornography of MV-1.

Law enforcement also found communications between Yeager and a child sex trafficker in the Philippines who is known to have had access to multiple minors and to have sold made-to-order live-streamed images and recorded depictions of child sex abuse to online customers around the world. Agents located around 67 messages and 29 media files that Yeager and the trafficker exchanged on around May 7-8, 2024.

During these conversations, Yeager sent an image of himself holding up two fingers and told the trafficker that he would "pay for dirty taboo fun." When the trafficker mentioned being from the Philippines, Yeager stated, "Ok. Great. A lot of very fun dirty taboo girls there," and "Tell me the 3 or 4 more dirty kinky slutty taboo things you have done .And other things you would do. Do not be shy. I have had girls piss and shit into each others mouths to drink , suck off horses and dogs cocks and anal sex with horse. So be fun and open and shock me baby." The trafficker responded, "Just piss and poop will do drink pee and play own poop." Yeager then tried to clarify the specifics, asking, "Hot. Play or eat your poop baby ?" to which the trafficker responded, "just play no eat never try that lol." Yeager then responded, "Time to try."

During the exchange, Yeager also sent the trafficker an image of MV-1, who is bent over and naked from the waist down. The prepubescent child's buttocks are being spread by Adult-1. Fecal matter can be seen around the child's anus area, and on Adult-1's tongue.

### G. Additional attempts by Yeager to produce videos showing the sexual abuse and exploitation of minors.

Other communications further reinforce Yeager's pattern of seeking out individuals to produce new, personalized child exploitation videos for him for money, which depict children stating phrases such as, "for you Daddy Mike", and being used for degrading sexual acts.

For instance, in one text message conversation around May 17, 2025, with an unidentified individual, the unidentified individual stated that she was 16 years old. Yeager then asked (with regard to the minor and the minor's step-father), "You will suck his cock eat his asshole and have him fuck your asshole ass to your mouth? Cum in your mouth then drink all his and your mom piss? Then suck and fuck the family dog or horse and drink cum?" Yeager later stated, "Show me a short video of you, your mom and the dog showing bodies and say 'for you Daddy Mike.'" Yeager and the minor then talked about a payment of $50 for a video of someone peeing, and Yeager stated, "Is it just peeing in her mouth? And it is not for me because I am sure she does not say 'for you daddy Mike'. And does she drink most all of it? Get on the floor and lick and slurp up the missed piss?"

There are also other Skype conversations in which Yeager attempts to coerce individuals into producing extreme child pornography with minors, including by threatening to get them fired. For instance, in one chat beginning around March 7, 2023, between Yeager and another female who appears to be overseas, the female told Yeager they had a 16-year-old sister and a 10-year-old daughter. She also confirmed that she had engaged in sex acts with her daughter.

Yeager subsequently told the female that he wanted child exploitation videos of the female with her 10-year-old daughter, stating,

Yeager provided additional instructions on the creation of the videos:

Yeager also specified further details of the child sexual abuse that he wanted to see, for additional payments in $10 increments:

Yeager also boasted of his exploitation of other young minors over time and the grooming of the minors to engage in his preferred sex acts, stating:

> I have four other girls that have similar fun with their daughter baby. One is 9 and she pisses and shits in moms mouth about once a week and she is teaching her how to suck cock deep. Another is a 5 year old and she pisses and shits I'm mom's mouth and asks to do it now to have fun.

After the individual stated that she could not make the videos at the moment because the child was eating, Yeager stated,

> Not cool. Looks like you are taking the money and stealing. Not good for you. If you are not making videos then return money or I call my friend at [redacted] and get you fired in about 10 minutes after the call…so up to you. What is it going to be?

Yeager also further threatened,

> I have done the same thing now to 11 girls who think they can steal and laugh and get away with it. And all of them both get fired and [redacted] pays me back with your final pay. Lol. So better decide carefully what you are going to do.

When the individual stated that the child had returned to school, Yeager said,

> First you said ready to video. Then lunch. Then lunch for 90 minutes. Now a 10 year old has to go to school for 'sudden business'. Lol. I am not an idiot. You are fucking with the wrong guy. I will call my friend at [redacted] and have you fired in 10 minutes. So better get going with videos or return money NOW!

The individual then offered to introduce Yeager to other girls. Yeager responded,

> Ok I don't have time for this shit. So, this is how it is going to work and you need to just say "yes daddy". You have until 11 pm tonight which gives you the days and night time ever after your daughter goes to bed so no fucking excuses. You have to: 1) get me some videos of some dirty stuff that I like from I don't care who…You and your

> sister, your dad, your mom, other sisters or brother, friends, whatever…them with you or them with others send me a video and you pay them my $50 if you have to. 2) Then you also get me your daughter video tonight. Got it. I am not paying any more money and now I get two videos.

**H. Yeager's sexual and financial coercion of Adult-2.**

Yeager's phone also had a lengthy chat history with an adult female whose phone number has an area code in the United States. The context of the chats suggests that, over the course of several years, Yeager demanded videos of sexual acts from the woman in exchange for helping her with basic expenses. For instance, in December 2022, Yeager pressured the woman to participate in a 20-person "gang bang" for Yeager with men that Yeager would recruit, in order to receive money for Christmas presents for her children. In September 2023, Yeager offered to help sign a lease for the woman, but only if she provided him with a list of items including,

> 3) good dirty fun video of you and the girlfriend eating oussy, sucking tits and slapping tits, and making each other cum, dildo fucking each other Ass to mouth back and forth 3-4 times, the at least one of you pissing into each others mouths to swallow some. 4). Gang bang doing everything with at least 10 people with you and friend.

Yeager also threatened additional conditions for the lease signature, stating,

> Then once signed once a month some dirty fun video and once a week a few dirty messages. But this time, you don't live up to the monthly / weekly promises then I can give 90 days notice to leave.

And in March 2024, he continued to try to take advantage of the woman's financial troubles, telling her,

> And since you are saying your utilities are late and to be cut off, a short term possibilities would be: 1) you and your friend suck and fuck a guy or two guys hot dirty (anal, ATM, ass and tits slapping, hard mouth fucking etc etc) and fun and he cums on one or both of your faces. … $100 bonus of either of you take 10+seconds of piss directly from a cock or pussy into mouth to see good. $100 bonus if both girls lick the cum off of each others face really good to see.

## II. Argument

Detention in the pretrial context is governed by 18 U.S.C. § 3142. Section 3142 requires that the government establish by clear and convincing evidence that there are no conditions which will reasonably assure the safety of any other person and the community, or by a preponderance of the evidence that no conditions will reasonably assure the appearance of the person. 18 U.S.C. § 3142(e)(1); *see United States v. Hinton*, 113 Fed. App'x 76, 77 (6th Cir. 2004). The factors considered in this analysis are set forth in 18 U.S.C. § 3142(g). The burden of proof in pretrial detention proceedings lies with the government. 18 U.S.C. § 3142(f); *see Hinton*, 113 Fed. App'x at 77.

A grand jury returned an indictment on February 11, 2026, charging Yeager with four counts of violating 18 U.S.C. § 2251 relating to sexual exploitation of a minor, two counts of violating 18 U.S.C. § 2252A(a)(2) for distribution of child pornography, and one count of violating 18 U.S.C. § 2252A(a)(5) for possession of child pornography. Yeager is subject to a rebuttable presumption in favor of detention because he is charged with offenses involving a minor under 18 U.S.C. §§ 2251 and 2252A(a)(2). 18 U.S.C. § 3142(e)(3)(E). The presumption in favor of

detention imposes a "burden of production" on the defendant, and the government retains the "burden of persuasion." *United States v. Stone*, 608 F.3d 939, 945 (6th Cir. 2010). A defendant satisfies his burden of production when he comes forward with evidence that he does not pose a danger to the community or a risk of flight. *Id.* Even when a defendant satisfies his burden of production, however, "the presumption favoring detention does not disappear entirely, but remains a factor to be considered among those weighed by the district court." *Id.* (citing *United States v. Mercedes*, 254 F.3d 433, 436 (2nd Cir. 2001)).

**B. The § 3142(g) factors weigh in favor of detention.**

**1. Nature and circumstances of the offense.**

The nature and circumstances of the offenses here are among the most serious under the law. Yeager is charged with multiple crimes that Congress has determined deserve extremely harsh penalties, including four counts of violations of 18 U.S.C. § 2251(a), which carry a penalty of 15 to 30 years' imprisonment.

The specific conduct here further places this case amongst the most egregious instances of the violation of children for a defendant's sexual pleasure. Yeager repeatedly, personally caused the hands-on abuse of multiple children over the course of multiple years. He targeted children and other individuals who were struggling in poverty, and he took advantage of their difficult circumstances to sexually exploit them and their children. He made these children and their family members engage in disgusting, sadistic, and humiliating sexual acts for mere

pittances – such as payments of only $10 to $50. Yeager clearly found enjoyment in degrading these girls and women as objects of his sexual obsessions, and he relished in cruelly wielding his financial power over them. He made them say "this is for you, Daddy Mike" in the abusive videos he made them produce. He gave detailed commands to his victims on the specific acts of abuse that he wanted to see take place, the camera angles and positioning to give him the best views of the sexual abuse, and the length of time the abuse needed to last. He also threatened to have women fired if they did not further sexually abuse their children for him.

The nature of the abuse suffered by these children and their families at Yeager's insistence is horrible to contemplate. The long-term damage Yeager's conduct will have on the child victims that he forced to drink urine and that he forced to be subjected to oral, anal, and other sexual acts at the hands of their family members is incalculable. Because of Yeager's insatiable hunger for degrading and humiliating sexual content involving children, including at least one who was not even 5 years old, an unknown number of children have been traumatized in a way that will impact them for the rest of their lives.

Yeager also did more than order the hands-on sexual abuse of children and the creation of videos of that sexual abuse. He further redistributed the videos to other abusers so that they could better understand how to satiate his sexual desires. By sharing these videos, Yeager digitally immortalized the suffering of these

children, whose images of degrading sexual abuse can potentially now circulate on the internet forever.

The nature and circumstances of the offenses here weigh heavily in favor of detention.

**2. Weight of the evidence of dangerousness.**

The weight of the evidence of dangerousness is strong. In addition to the typical dangers posed by individuals who cause the sexual abuse of minors, the danger that Yeager presents to children is aggravated because of the egregious nature of the specific sexual abuse acts that he seeks, and which he has demonstrated that he is able to repeatedly procure. Children are the most vulnerable members of our society and utterly unable to protect themselves from abuse in their own homes at the hands of their family members. The danger and life-long consequences to child victims of Yeager's actions cannot be overstated.

**3. History and characteristics.**

Yeager's actions over many years have shown his character: He is someone who repeatedly uses his wealth to exploit impoverished and desperate women and girls to engage in humiliating sexual acts and sexual abuse of minors for his pleasure. He does so repeatedly and obsessively, like an addiction. He constantly seeks the production of new child sexual abuse material, and ever more shocking material. As Judge Grand highlighted in detaining Yeager, Yeager dehumanizes his victims. (ECF No. 13).

Yeager also shows a complete lack of empathy for the plights of the people he takes advantage of. On numerous occasions, Yeager shamelessly asks for the creation of sexual content after a person has expressed being in a vulnerable position. The example of the woman in the United States who wanted Christmas presents for her children, and who needed help finding housing and paying for utilities, was discussed above. Another example was Adult-1, who told Yeager she could not afford cancer treatment and whom Yeager knew had two young children. Barely six minutes later, Yeager wrote, "I want to beat off watching you be a good nasty girl for me. Want to now?"

While Yeager has certain characteristics – like a job history or an education – that might ordinarily be viewed as positive, here, these characteristics only further demonstrate his dangerousness and risk of nonappearance. As stated in the Pretrial Services report, Yeager was the CFO of a bank, with a large income and ample financial resources. This cuts against him in two ways. One, Yeager has a lengthy years-long history of using his financial good fortune to pay for the creation of child pornography involving urine and feces. That is how he uses his money. Two, it shows that he has resources that will allow him to flee if he chooses, as discussed below.

Yeager's lack of a criminal history does not support release here. The evidence in this case demonstrates that he has repeatedly violated the law with impunity for years. His lack of prior convictions is simply because he has been

able to employ his resources and intelligence to avoid detection in the past – facts that further weigh against release in this case. Yeager was a successful man in the community who has demonstrated that he is able to conceal prolific child exploitation from others. He used multiple different online applications, including an encrypted chat application, and also targeted foreign victims, all of which made his conduct more difficult to uncover. He also deleted incriminating materials on his phone before entering the United States, demonstrating his impulse to conceal his actions.

Also relevant to Yeager's character is his prior lack of full candor with Pretrial Services. He declined to disclose the name of his current spouse and prior spouses, thus making it more difficult to contact them or their children, to whom Yeager had access. He told Pretrial Services about his two biological children, but failed to mention that his first wife had five other children and that he played an important role in their lives. Even more concerning, he told Pretrial Services that he does not have contact with children, and yet a family member relayed that Yeager speaks with his grandchildren – who appear to be between 5-11 years old – on a weekly basis and sees them a couple of times a year, including as recently as Christmas 2025. He also failed to disclose that his current wife, a Chinese citizen, has a son who is 4-5 years old, and he is believed to have contact with that child.

Yeager's character, his desire to repeatedly engage in this extreme level of coercion and sadism with respect to child sexual abuse, and the enjoyment he

obtains from his power over his victims, prevents a Court from being able to have faith or trust in any conditions to reasonably assure the safety of the community.

**C. Risk of flight.**

While there is less weighty evidence of risk of flight, such as a demonstrable history of skipping court dates, Yeager is 67 years old and he has a strong chance of being sentenced to at least 15 years in prison. He also has substantial resources, as reported by Pretrial Services, and he has ties to foreign countries, including a wife who is a citizen of China, and prior foreign travel. *United States v. Hurley*, 960 F.2d 143 (1st Cir. 1992) (affirming district court's order of detention and explaining that potential prison term of 15 years, foreign contacts, and access to financial resources provides "a considerable incentive to flee."); *United States v. Okpako*, No. 4:19-CR-361-1, 2020 WL 3251022, at *2 (M.D. Pa. June 16, 2020) (defendant's alleged involvement in $1.8 million money laundering network combined with photograph showing $7,500 demonstrated a risk of flight). Yeager has everything to lose, and almost nothing to gain, by voluntarily showing up to federal court.

**C. No conditions can reasonably assure the safety of the community.**

While conditions like house arrest and GPS tether can provide information as to where an individual may be, they cannot tell what an individual is doing at the location, or who else is present. Yeager's conduct in this case is also particularly difficult to prevent through such conditions. As described above, he

has exploited at least one individual in the United States and he has demonstrated his ability to use his money to forge connections internationally with others who have no limits on their willingness to abuse children. He has also demonstrated his ability to direct the production of child pornography over the internet and with encrypted applications. And to the extent Yeager proposes there would be no internet at his bond address, cell phones with access to the internet via cellular networks or satellite can be readily obtained without the knowledge of a supervising officer.

Yeager's access to financial resources, combined with the intensity of the instant offense conduct, show why he cannot be trusted on bond to voluntarily abstain from all internet access. If Yeager has the ability to convince people both in the United States and abroad to create a video of themselves drinking urine or eating feces for $50, he likely has the ability to find someone willing to discreetly purchase a phone for him while on bond. And the repeated, obsessive nature of his communications, plus the nature of the content he was requesting, demonstrate that he has no control over the urge to repeatedly pleasure himself in this manner. There is no evidence that Yeager is the type of person who can exercise self-control while on bond. Taken together, the proposed conditions are insufficient to address the high risk of danger and risk of flight posed by Yeager.

## IV. Conclusion

The government has demonstrated by clear and convincing evidence that there are no conditions which could reasonably assure the safety of the community, and by a preponderance of the evidence that there are no conditions which could assure his appearance. For these reasons, the government respectfully requests that Yeager's motion for bond be denied.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

Dated: February 19, 2026

s/Ann Nee
Ann Nee
Zachary Zurek
Assistant United States Attorneys
211 W. Fort St
Detroit, Michigan 48226
Phone: (313) 226-9622
Ann.nee@usdoj.gov
P81487

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, an employee of the U.S. Attorney's Office electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: February 19, 2026

s/ Ann Nee
United States Attorney's Office