UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

Case No. 2:26-cr-20060
Honorable Linda V. Parker

vs.

Michael Martin Yeager,

Defendant.

---

**First Forfeiture Bill of Particulars**

---

The United States, by and through its counsel, submits this First Forfeiture Bill of Particulars, pursuant to Rule7(f) of the Federal Rules of Criminal Procedure to supplement and clarify the forfeiture allegations contained in the Indictment and to provide notice of specific property the government intends to forfeit upon conviction.

The allegations set forth in the Indictment are re-alleged and incorporated herein by this reference for the purpose of alleging forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(a) and 18 U.S.C. § 2253. Upon conviction of the offenses set forth in Counts One through Eight of the Indictment, Michael Martin Yeager shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

(a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of these subsections;

(b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, which includes, but is not limited to the following:

- Black Apple iPhone with case $217.00 and Apple iPad in black case (26-ICE-000379)
- Apple iPad Pro in black case, SN: MWK4RNXM00 (26-ICE-000380)

This notice does not limit the government from seeking the forfeiture of additional specific property, including substitute assets, or limit the government from seeking the imposition of a forfeiture money judgment.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

S/Catherine E. Morris
Catherine E. Morris (P84371)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9562
Catherine.Morris@usdoj.gov

Dated: April 28, 2026

## Certification of Service

I hereby certify that on April 28, 2026, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

S/Catherine E. Morris
Catherine E. Morris (P84371)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9562
Catherine.Morris@usdoj.gov